■ PETER MARINO et al. v. TISHMAN CONSTRUCTION CORPORATION et al. — Motion for leave to reargue appeal denied, with $10 costs. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

■ WILLIAMS & CO., INC. v. COLLINS TUTTLE AND COMPANY et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ LILLIAN E. KLEIN v. WILLIAM KLEIN.— Motion for leave to reargue appeal or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ.

■ In the Matter of the Application of HERMAN C. POLLACK for Reinstatement as a Member of the Bar of the State of New York.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■ REYNOLDS METALS COMPANY v. I. JONAS SPECINER, as Trustee in Bankruptcy of A. B. C. STEEL EQUIPMENT CO., INC.— Motion for leave to reargue appeal denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and Bergan, JJ.

■ BETTINA MARIANO v. GUISEPPE MARIANO.— Motion for stay granted on condition that appellant, within five days of the date of the order herein, shall deposit with the Clerk of the Domestic Relations Court of the City of New York, Bronx County, an additional sum of $250, pending the hearing and determination of the appeal, or in lieu thereof, file a surety company bond in that amount, to insure $20 weekly payments. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ In the Matter of HARRY GREENBERG, as Financial Secretary of Children's Dress and House Dress Makers' Union, Local 91, I. L. G. W. U. against SOLOMON PITSON.— Motion for stay granted. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ In the Matter of the Estate of MANNIE B. GREENE, Deceased. IDA JACKSON et al. WILLIAM H. GREENE, as Administrator.— Motion for stay denied, with $10. costs. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ JOSEPH TOTORITUS v. PETER STEFAN et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. (See Cohen and Karger, Powers of the New York Court of Appeals [rev. ed.], § 153.) The matter of the physician's report was not overlooked but was not adverted to by the court in its Per Curiam opinion because of the pendency of the promulgation of the court rule governing physicians' reports. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ.

■ CORCORAN & KOSTELANETZ et al., v. JEAN DUPUY; GLADYS DE POLIGNAC et al.— Motion granted on default to the extent of continuing the temporary stay contained in the order to show cause dated July 18, 1958, until five days after service upon attorneys for plaintiffs of a copy of the order of this court on motion No. 8, (see ante, p. 1005) denying plaintiffs' motion for leave to reargue or for leave to appeal to the Court of Appeals. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ.

■ CORCORAN & KOSTELANETZ et al., v. JACQUES DUPUY et al.— Motion granted to the extent of continuing the stay contained in the order to show cause, dated June 25, 1958, pending the hearing and determination of the appeal and until the service upon the attorneys for the plaintiffs of a copy of the order of this court determining said appeal, with notice of entry thereof. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ.